# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| Debtor: | FR 160, LLC |
| Case Number: | 3:12-BK-13116-RJH   Chapter: 11 |
| Date / Time / Room: | WEDNESDAY, JUNE 12, 2013 01:30 PM   6TH FLOOR #603 |
| Bankruptcy Judge: | RANDOLPH J. HAINES |
| Courtroom Clerk: | FAYE HOLTHAUS |
| Reporter / ECR: | SHERI FLETCHER |

### Matter:

HEARING ON CONFIRMATION OF AMENDED PLAN

R / M #:   356 / 0

### Appearances:

CASEY BLAIS, ATTORNEY FOR FLAGSTAFF RANCH REALTY ADVISORS
ANDREW HARDENBROOK, ATTORNEY FOR FR 160, LLC
THOMAS LITTLER, ATTORNEY FOR FLAGSTAFF RANCH GOLD CLUB

### Proceedings:

Mr. Hardenbrook discusses the fact disputes to be tried at the upcoming evidentiary hearing on confirmation.

Mr. Littler answers questions posed by the court.

**The court notes the parties will file the joint pre-trial statement by the end of the day today.**

Case 3:12-bk-13116-RJH   Doc 451   Filed 06/12/13   Entered 06/12/13 13:57:17   Desc
Main Document   Page 1 of 1