Christopher H. Bayley (#010764)
Andrew V. Hardenbrook (#025518)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email:    cbayley@swlaw.com
          ahardenbrook@swlaw.com
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| FR 160, LLC, | Case No. 3:12-bk-13116-RJH |
| Debtor. | **MOTION FOR CONTINUANCE OF ACCELERATED HEARING ON FLAGSTAFF RANCH GOLF CLUB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ORDER FOR THE TURNOVER OF CASH COLLATERAL** |
| | Date:      July 11, 2013<br>Time:      11:00 a.m.<br>Location:  230 N. First Ave.<br>          7th Floor, Courtroom 702,<br>          Phoenix, AZ 85003 |
| | Relates to D.E. No. 470, 476 |

Debtor requests a brief continuance of the accelerated hearing on the "Flagstaff Ranch Golf Club's Motion for Relief from the Automatic Stay and For Order for the Turnover of Cash Collateral" ("Stay Relief Motion," D.E. No. 470) presently scheduled for July 11, 2013 to July 22, 23, 24, or 26, 2013. For the reasons set forth herein, good cause exists under Rule 9006 for the Court to grant a brief continuance of the accelerated hearing on the Stay Relief Motion.

On Friday, June 28, 2013, the Flagstaff Ranch Golf Club ("Golf Club") filed its Stay Relief Motion along with a motion for accelerated hearing on the Stay Relief Motion ("Motion for Accelerated Hearing," D.E. No. 473.) The Court granted the Motion for Accelerated Hearing on Monday, July 1, 2013 and set the accelerated hearing for July 11, 2013. (D.E. No. 476.)

Lead counsel for the Debtor is out of town on July 11, 2013 and will not be able to appear either in person or by telephone on July 11, 2013. Given that the Stay Relief Motion seeks to terminate the automatic stay in connection with Debtor's primary asset (50 residential lots and Tract H) and seeks turnover of essentially all of the Debtor's cash, it is necessary for lead counsel to be present at the accelerated hearing to represent the Debtor's interests.

Prior to filing this Motion, counsel for Debtor contacted counsel for the Golf Club in an effort to reach an agreeable date for a continued hearing. While counsel for the Debtor and counsel for the Golf Club agreed that their schedules would allow for a hearing on the morning of July 12, 2013, counsel for the Debtor was informed that the Court is not holding hearings on that date.[1] Counsel for the Debtor also is informed that lead counsel for the Golf Club is unavailable during the week of July 15-19, 2013 and that the Golf Club is unwilling to continue the hearing to after July 18, 2013, the current date of the Golf Club's trustee's sale of Debtor's real property. Debtor therefore is forced to file this Motion and request that the Court continue the accelerated hearing to July 22, 23, 24, or 26, 2013 (lead counsel is unavailable on July 25, 2013).

In the Motion for Accelerated Hearing, the Golf Club requested that the Court set the accelerated hearing on or before July 15, 2013. The Golf Club filed the Motion for Accelerated Hearing without conferring with counsel for Debtor for potential dates and times that counsel for Debtor was available. The Golf Club requested an accelerated hearing the Stay Relief Motion because, "[i]f stay is lifted on an accelerated basis and

---

[1] Debtor does not oppose the Stay Relief Motion being heard by another judge on the morning of July 12, 2013.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

Golf Club acquires the Lots, it can complete sales during the selling season instead of missing this season and having to wait another year." (Motion for Accelerated Hearing, p. 4, ll. 13-15.) The brief 10-14 day continuance requested by the Debtor in this Motion will not significantly impact the Golf Club's ability to sell the real property during the selling season (which ends in late October) should the Golf Club obtain stay relief. With respect to the trustee's sale on July 18, 2013, the Golf Club can easily continue its trustee's sale until the day after the continued accelerated hearing. Additionally, Debtor attempted to agree upon a date prior to July 18th, but either the Court's calendar would not permit it or the Golf Club would not agree to a continued hearing during the week of July 15, 2013. Thus, any slight prejudice that may be caused by the brief delay is the result of the Golf Club.

In brief, the Debtor is trying to continue the hearing to a date and time that is agreeable for everyone's schedules. In light of the foregoing, Debtor requests that the Court continue the presently scheduled accelerated hearing to July 22, 23, 24, or 26, 2013 (lead counsel is unavailable on July 25, 2013). A proposed form of order is attached hereto as **Exhibit 1**.

RESPECTFULLY SUBMITTED this 2nd day of July, 2013.

SNELL & WILMER L.L.P.


By: /s/ AVH (#025518)
     Christopher H. Bayley
     Andrew V. Hardenbrook
     One Arizona Center
     400 E. Van Buren
     Phoenix, AZ 85004-2202
     Attorneys for the Debtor


Copy of the foregoing served by
Electronic Notification this
2nd day of July, 2013, to:

Thomas E. Littler
Robert C. Warnicke

Courtney R. Radow
Gordon Silver
1 E. Washington St., Ste. 400
Phoenix, AZ 85004
tlittler@gordonsilver.com
rwarnicke@gordonsilver.com
cradow@gordonsilver.com
*Attorneys for Flagstaff Ranch Golf Club*

Wesley Denton Ray
John J. Hebert
Polsinelli PC
City Scape Plaza
One E Washington St #1200
Phoenix, AZ 85004
wray@polsinelli.com
jhebert@polsinelli.com
*Attorneys for IMH Financial Corporation*

Theodore P. Witthoft
May, Potenza, Baran & Gillespie
201 North Central Avenue, 22nd Fl.
Phoenix, AZ 85004-0608
twitthoft@cmpbglaw.com
*Attorneys for Flagstaff Ranch*
*Development, LLC; Flagstaff Ranch Realty Advisors, LLC;*
*and RMS Family, LLC*

Howard C. Meyers
Burch & Cracchiolo, P.A.
702 E. Osborn Road, Suite 200
P.O. Box 16882
Phoenix, AZ 85011
hmeyers@bcattorneys.com
*Attorney for Flagstaff Ranch Realty Advisors, LLC*

Michael G. Tafoya
Law Office Of Michael G. Tafoya
PO Box 930
Maricopa, AZ 85139
michael.tafoya@azbar.org
*Attorneys for Masters FRGC Estates Partners, LLC*

Larry Lee Watson
Office of the U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
larry.watson@usdoj.gov

/s/ Kristin Reynolds

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

# EXHIBIT 1

Snell & Wilmer

L.L.P.

LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| FR 160, LLC, | Case No. 3:12-bk-13116-RJH |
| Debtor. | **ORDER GRANTING MOTION FOR CONTINUANCE OF ACCELERATED HEARING ON FLAGSTAFF RANCH GOLF CLUB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ORDER FOR THE TURNOVER OF CASH COLLATERAL** |

Upon consideration of the "Motion for Continuance of Accelerated Hearing on Flagstaff Ranch Golf Club's Motion for Relief from the Automatic Stay and For Order for the Turnover of Cash Collateral" filed by Debtor FR 160, LLC, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the accelerated hearing on the "Flagstaff Ranch Golf Club's Motion for Relief from the Automatic Stay and For Order for the Turnover of Cash Collateral" (D.E. No. 470) currently set for July 11, 2013 is vacated and continued to _____, 2013 at ___:____ a.m./p.m.